IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, ) | |
| United States Department of Labor, ) | |
| ) | Civil No. 1:09-0083 |
| Plaintiff, ) | Judge Trauger |
| ) | |
| v. ) | |
| ) | |
| MARK BLACK, TOM BLACK, ) | |
| SYNERGY HOLDINGS, INC., and ) | |
| SYNERGY HOLDINGS, INC. 401(k) PLAN, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Joint Motion to Continue Case Management Conference and Extend Time to Respond to Complaint (Docket No. 6) is **GRANTED**. It is hereby **ORDERED** that the initial case management conference scheduled for April 28, 2010 is **CONTINUED** and **RESET** for Monday, June 7, 2010, at 3:45 p.m. It is further **ORDERED** that the deadline for the defendants to file their responsive pleading is **EXTENDED** to May 20, 2010.

It is so **ORDERED**.

ENTER this 21st day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge