IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, ) | |
| United States Department of Labor, ) | |
| ) | Civil No. 1:09-0083 |
| Plaintiff, ) | Judge Trauger |
| ) | |
| v. ) | |
| ) | |
| MARK BLACK, TOM BLACK, ) | |
| SYNERGY HOLDINGS, INC., and ) | |
| SYNERGY HOLDINGS, INC. 401(k) PLAN, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby **ORDERED** that the Order entered April 21, 2010 (Docket No. 14) is

**VACATED**, as it was entered under the wrong case number.

It is so **ORDERED**.

ENTER this 22nd day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge